DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Jomill Gonzalez ) | |
| ) | CASE NO.   1:05CR434 |
| Petitioner-Defendant, ) | (Civil Number  1:08CV1555) |
| ) | |
| v. ) | |
| ) | J U D G M E N T   E N T R Y |
| United States of America ) | |
| ) | |
| Respondent-Plaintiff. ) | |
| ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, the application of the petitioner for a Writ is GRANTED. The petitioner's previous conviction and sentence are vacated. The Court will conduct a status conference on Monday, December 15, 2008, at 3:00 p.m. to schedule a new trial date.

The Marshal is directed to have the petitioner-defendant Jomill Gonzales present for the status conference.

IT IS SO ORDERED.

  December 5, 2008                               */s/ David D. Dowd, Jr.*
Date                                                           David D. Dowd, Jr.
                                                                     U.S. District Judge